UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RONNIE COLEMAN,

      Plaintiff,

      v.

GENERATION IRON BRANDS, LLC,
THE VLADAR COMPANY, and
VLADISLAV YUDIN,

      Defendants.

Case No. 1:26-cv-03599

ORDER

---

Upon the letter-application of Defendants Generation Iron Brands, LLC, The Vladar Company, and Vladislav Yudin (collectively, "Defendants"), dated June 10, 2026, for a thirty (30) day extension of their time to respond to the Complaint, and good cause appearing therefor, it is hereby

ORDERED that Defendants' time to respond to the Complaint is extended through and including July 10, 2026.

**SO ORDERED.**

Dated:      June 11, 2026
           New York, New York

_____
HON. ANDREW L. CARTER, JR.
United States District Judge