UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RONNIE COLEMAN,<br><br>Plaintiff,<br><br>v.<br><br>GENERATION IRON BRANDS, LLC, THE VLADAR COMPANY, and VLADISLAV YUDIN,<br><br>Defendants. | Case No. 1:26-cv-03599<br><br>ORDER |

Upon the letter-application of Defendants Generation Iron Brands, LLC, The Vladar Company, and Vladislav Yudin (collectively, "Defendants"), dated July 8, 2026, for a fourteen (14) day extension of their time to answer, move, or otherwise respond to the Complaint, and good cause appearing therefor, it is hereby

ORDERED that Defendants' time to answer, move, or otherwise respond to the Complaint is extended through and including July 24, 2026.

**SO ORDERED.**

Dated: July 9, 2026
New York, New York

Andrew L Carter Jr

HON. ANDREW L. CARTER, JR.
United States District Judge